### (October 23, 1941.)

In the Matter of the Application of JOSEPH DERMODY, Individually, and as Chairman of the Kings County Committee of the American Labor Party and Chairman of the Executive Committee of the Kings County Committee of the American Labor Party, and DANIEL ALLEN, Individually and as American Labor Party Designee for the Office of Member of the City Council, Appellants, against S. HOWARD COHEN and Others, as Commissioners of Elections for the City of New York, Constituting the Board of Elections of the City of New York, and LOUIS J. HOLLANDER, JOHN GELO, LOUIS P. GOLDBERG, ANDREW ARMSTRONG and SALVATORE DeMATTEO, Respondents.— Order affirmed, without costs, in the exercise of discretion. Hagarty, Carswell and Taylor, JJ., concur; Adel and Close, JJ., dissent and vote to modify the order so as to provide for the appointment of a supervisor with the usual powers, and as so modified, to affirm. Motion for leave to appeal to the Court of Appeals granted. Present — Hagarty, Carswell, Adel, Taylor and Close, JJ.

### (October 27, 1941.)

RUDOLF GROSS, Respondent, v. CONTINENTAL CAOUTCHOUC-EXPORT AKTIENGESELLSCHAFT (CONTINENTAL RUBBER EXPORT CORPORATION), Appellant.— Motion for an order of restitution granted. Present — Carswell, Adel, Taylor and Close, JJ.; Lazansky, P. J., not voting. Settle order on notice.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of LITCHFIELD F. MOYNAHAN, an Attorney and Counselor at Law, Respondent.— Matter referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Hagarty, Johnston, Taylor and Close, JJ.; Lazansky, P. J., not voting.

In the Matter of the Application of MAXWELL POLLOCK for Admission to the Bar.— Motion for permission to reapply for admission to the bar denied. Present — Carswell, Adel, Taylor and Close, JJ.; Lazansky, P. J., not voting.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ROBERT R. SCHWARTZ, an Attorney and Counselor at Law, Respondent.— Matter referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Carswell, Adel, Taylor and Close, JJ.; Lazansky, P. J., not voting.

WILLIAM V. JOHNSTON, Respondent, v. MOTOR HAULAGE Co., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Carswell, Adel, Taylor and Close, JJ.; Lazansky, P. J., not voting.